# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-1550

_____

STANISLAW CHYLINSKI,

    Petitioner,

v.

GAYLORD PALMS/MARRIOTT
INTERNATIONAL, INC.,

    Respondents.

_____

Petition for Writ of Prohibition—Original Jurisdiction.

September 27, 2018

PER CURIAM.

    DENIED.

ROBERTS, RAY, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Wayne Johnson of DeCiccio & Johnson, Maitland, and Kellye A. Shoemaker of Shoemaker & Shoemaker, P.A., Altamonte Springs, for Petitioner.

No appearance for Respondents.